UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
   PLAINTIFF,

CASE #:  07-20562

VS.

HON. GEORGE CAREM STEEH

RAHIB ISMAEL-YASIR AL-CHOLAN
   DEFENDANT.

| AUSA Leonid Feller | Harold Gurewitz (P14468) |
|---|---|
| U.S. Attorney's Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1100 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9524 | (313) 628-4733 |

## ORDER PERMITTING DEFENDANT AL-CHOLAN TO REMAIN AT FDC-MILAN

  IT IS HEREBY ORDERED that the Federal Bureau of Prisons keep Defendant Rahib Ismael-Yasir Al-Cholan at the Federal Detention Center-Milan, Michigan for a period of <u>at least</u> ninety (90) days from the date of this Order so that his appellate counsel may have the opportunity to have personal contact with Mr. Al-Cholan.

Dated: January 29, 2009

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 29, 2009, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk